W +j
`ÒÛKM6ÐA4ÓM6Ò
Mxa1mKp^
¯lWui­ `­DDNÍLEÉ
RBa80@
DDDG !
RxL*aW
HDDDTDDXC
7QdXqa
 Pa7[
>stream 
hÞDÝj
6ÃOD 
endstream endobj 66 0 obj <> endobj 67 0 obj <>stream 
H*äå2P
 
endstream endobj 68 0 obj <>stream 
HÉn
h5Yh d
DE8>/Filter/C
CITTFaxDecode/Height 4400/ImageMask false/Length 68790/Name/background_Page_14/Subtype/Image/Type/XObject/Width 3424>>stream 

A20[L&vJ NÂÂà¡AB¨(
2nE9 4
b
v*e:
omoml%
Ua7Zl(lPN
 1MT[ L 
WM2 ;i5j-
DDDDXB-
Y62ffS
 nFwEr
xSfHd@R
BcaRhZ"c
DDDD0B&
F?I*KI*] ÒZ­TGÿÿÿ
i44BBOP
6 7V w
DD0B""
3 mw ,%Xá¤ßP^iv
5DHq|j
n T %ZA
 ka-m_m
]´¢F;m(a Áliì0V $
gnza5;@HD
eLvvTG@
igCm-w_
gOM{JF =
B >J L
MdbiuZ
mlBj!Bb
RaH sL
3 5PD3
CcZ Ba0
^Ûi<I²:K»iCA{ %°
0a%b .
EIÂ"HB"J Â`EÄ46"8
5I'HWU
FgZISi
dX )7N
B !a5L 
UA45ZDLu
3aH&GDq
2q A.G
3dt)z
'ki+a%°k Xi0i6Ã
Ú[i6·v®
0k31J@B
 SD\ha
Xa38L-
 6 GvBM2%
XO"aH1
 S[J6(1du $
 k ' (h0
v %aXi[J
pi0a NA
IK8UZ]
"LdzBLA
 ¨8å(ä !
y9h (L
I8"qD2ZÐ m,h Ø`A´GFn/t
jf S¤È ¥\Ni%~Kb;1D´
PD(B @f
aBa =4
 ÇîGn4D XDGh ªMS
"À~Ga 4¤LSê$Ghm
DDDhDDDq
G P{XM
 GiXH4 0O

%XBf! B¢/~fA?>)vUY© «
 Á2:M4ì%iC [ Ø.lA
aDDDHf
 gbF
W
hS $N 
hxI U
 
 60M;V
+al·
L&ØQlmBVa
Th) TE
 hB 0J &
kL-2 X
DtGDtjd
XDKh<"
â-4BCB×e9
à5 !0$
axd6'~
i~õýÿDR jBfEN wÿKJ
 u{iH 
rR 7La
DDDJt",
D2)PB 
X DDDD
dDDDC4
bzza
M
a6C a=k 
 $ }E5 C+jâ Saëo&ãaWÕ0
DDXB"%
0M BhDD
K %KiCJ
UR]SO;
cCDLmS
iDDDDIt"#B""
sjCDa6,
E lE!}
uH#Eb(
2B;VgzD
aBa *v`
lTX lHg. 
 QPLt 2",¬O`®c¦F 
DDDDC@
COD\i6
ozpd&i
 4D"0P
dfa8ep
wPa:N"
30D"s 
h5
!Za
Qw#Cpw}
hC6 0i
ÿ 
endstream endobj 70 0 obj <>stream 
hÞDoKÃ0
?:OS 
endstream endobj 71 0 obj <> endobj 72 0 obj <>stream 
H*äå2P
 
endstream endobj 73 0 obj <>stream 
HÛnä6
2W*pYe
QGkrB¯¼ :èUS#XY4
kPJf. 
oe&FVd
tQGlL~Iv
 
endstream endobj 74 0 obj <>/Filter/CCITT
FaxDecode/Height 4400/ImageMask false/Length 45960/Name/background_Page_15/Subtype/Image/Type/XObject/Width 3424>>stream 

qa0PL'
4Bf$Gh
ika[[I0
HDDz_T
7Âlè=Ú /OWMP_}T·¯
 ccÂéCI
N Øb,(J5¨¶
 9g)AI
A´r{,!r 0R
ÐÍ2T""""
hA[4 ¤BRoDFt ©
IX`Â=6H
plXM°A¥w 
DDD4"$
 dtv`eJ$
aA:NÂ ÕJèZa N, Õ4E·`
 PP f`
Az
 a8
ldpckA
DDDDb""8
 2,EqP
MI$he9
 H4$c@
KhRmuzm&
X aaÛI¦ÂbKmlS!É
24yE8
lDcB""8

yÔ·A6¯ZOk]µÒr@FÐO¿

DDDDF"
DDD0B1
 SLPzA
DDq#HDDF 
h2 L<0H 
L3bC 0
 lI9 @a' @
ìwf4 ö*$nA(@l+¶*)
8DDDDb""
A a2p
 xk\5 0
DLh#1P
Vp#lDp
Ht#1i5`
1% [2(0S.j["
J31
A
°äDfd8&@s¹vB¤¯
9XDFo#L
Ced0R"!
B 'a (
ðd'*ÒoA6H
pi7M°N­«d
DD0B""
hYR2lLR
DLqgQH
9 PkH7
EXBuD|
DDDDC 
dQhD&4B;
F 2 sI
0Xa[ 6
Wm(OQQUA;x
ÿø 
endstream endobj 75 0 obj <>stream 
hÞDakÂ0
È,JtZ^ >83k=n©³_é
J(OY 
endstream endobj 76 0 obj <> endobj 77 0 obj <>stream 
H*äå2P
 
endstream endobj 78 0 obj <>stream 
HWÛnä¸
8X oìnÚÍµZjHj÷x¾~v
az~c0Y
«iåß 
endstream endobj 79 0 obj <>/Filter/C
CITTFaxDecode/Height 4400/ImageMask false/Length 57640/Name/background_Page_16/Subtype/Image/Type/XObject/Width 3424>>stream 

(Úk m(jôõMuis¹çd
hDDDDE
at'Fp(A
h<=:AÚ z «nÁ=6È1=40
 0m+a @
023eT6 ,EI* 
 Hv`1
IB *a;
0
YXM4 
e88*aL
A o + RÁfa@Ê@` h
LdPC"
0I8:N 
D0Dt""
 j
WU

Dm0B&f
DKa *"
iáwiÍC a Âa21Â l)
ì Á0d@deÔDDDî¸DDBD
gbfdPeu
NH
li2)
KI[KOt
 8Xkki
DDDD0A
L6K|M,
DE |uJ
i0a[ 1
4Óa¤Ã + '0)ppA¦Ã 0
V7 TSZ 
 AÓP]ûxL ÁA3a5P®Ð"}§
aSIVC`
wL: 
[ 5iZm ;a¤¬4aXa&
 hXL&F
0l Âgp0XdhE8¡ dQ
X2?lm;
MT0MPh0
0M5Bja
DEDTb""
5hDDF?
¦
v"v43½ 3²VW.dY
l0K8v

m1Rp*$Q
QnwM8gt
DDDCB""
BkkhZiz
UDtGFB
,¤´_2
D0÷gfqA(Nl¤
bOÎçshB( @® d1<Ã§Ã
B2pa2`0
mUXiZI
Az
j 4A
 MXa{LB
DDDD0B"
82)NwT
_r*gÃ ÃÂD3Â½YÃ´GDo%Ãd
ctDA-+
xi;N 1U
MPk 'kv
X0Xe8M
dL ( h
4JqB!`
BESDO}!i
xd6'uM
0ÃÂ
Ã Z 8iXWÃaÂ¤ Â»j
KQQXM<
qaUA4D
 Si7i>
MS Q8.
aDI82{
L¥ 
&0LÉ8C l&v"B
 mB t
jF:kwa
eFugs3!w
mv w ' 
tJAx6*4
Ã C Û mmX2: ¦pÒNé
 1L0A1"
ÿü 
endstream endobj 80 0 obj <>stream 
hÞDoKÃ0
ÕO2 
endstream endobj 81 0 obj <> endobj 82 0 obj <>stream 
H*äå2P
 
endstream endobj 83 0 obj <>stream 
HÛãÆ
TT59R?
O6afvº"% fÇ®0?v
P2v,Vh
n1$om>/Filter/CC
ITTFaxDecode/Height 4400/ImageMask false/Length 50988/Name/background_Page_17/Subtype/Image/Type/XObject/Width 3424>>stream 

aPa2@EM4;L 
 PB"OB
L hH[!
 WM L&
LTDDDDFN
 k21"$
WD\ 0d@
ph!TDDXB""
dG\7

zw[Z 6
AC k 
DZ wk5
DDDD0B"""8
iwM}zZ
XamuoN
 H a0A
iLlPbC:
0MBza 
1LTP" 
hDCB""
 X[ 2 
CLW[ih8
 X%aJ`p°uB"0¨?ÿ-
miHPz\&
EDDDDz
 T&l A
pUD[a 
EK"xr9
04eL40

D32L 
Qþ¸Gh n3ãDZ8¸q"
 `AÐLê D43Jý (DAÃ
B H1 4
gcFd#,
74Dtu"U
tí9 Y
0²
U"fÍqò# 
qmH?P l0L
 aXil0